**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO R. MENDOZA, | CASE NO. CV 09-01034 RGK (RZ) |
| Petitioner, | |
| | JUDGMENT |
| vs. | |
| M.D. McDONALD, WARDEN, | |
| Respondent. | |

This matter came before the Court on the Petition of GUILLERMO R. MENDOZA, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: October 14, 2010

*Gary Klausner*

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE